LAURA M. GAGNON ET AL. *v.* MUNICIPAL PLANNING
COMMISSION OF THE CITY OF ANSONIA ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court, 10 Conn. App. 54, is denied.

*Donna Decker Morris,* in support of the petition.

*Edwin L. Doernberger,* in opposition.

Decided April 16, 1987

DONALD W. UTZ *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal
from the Appellate Court is denied.

*Donald W. Utz,* pro se, in support of the petition.

Decided April 16, 1987

DANTE NARDINI *v.* JOHN MANSON,
COMMISSIONER OF CORRECTION

The state's petition for certification for appeal from
the Appellate Court, 10 Conn. App. 147, is granted,
with limitation.

*James G. Clark,* assistant state's attorney, in sup-
port of the petition.

*Charles Hanken* and *Richard Emanuel,* in opposition.

Decided April 16, 1987

KEVIN STRATTON *v.* ABINGTON MUTUAL FIRE
INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 9 Conn. App. 557, is denied.

*William J. Massie,* in support of the petition.

*Robert G. Oliver,* in opposition.

Decided April 16, 1987